**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00958-CV

_____

**OAKBEND MEDICAL CENTER, Appellant**

**V.**

**JULIE BOREL, INDIVIDUALLY AND AS HEIR OF THE ESTATE OF JOHN GUTHRIE, Appellee**

---

**On Appeal from 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-309605**

---

## MEMORANDUM OPINION

Appellant, OakBend Medical Center, has filed a notice of appeal from the trial court's November 18, 2024 interlocutory order. On December 31, 2024, the Court abated this appeal and referred the parties to mediation. On February 28, 2025,

appellant filed an Unopposed Motion to Dismiss Appeal stating that "[t]he parties have mediated and reached a settlement" and requesting to "dismiss this appeal." *See* TEX. R. APP. P. 42.1(a)(1).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, the Court reinstates the appeal on the Court's active docket, grants the motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.